UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 338, RWDSU,

                    Plaintiff,        07-CV-2824
                              (LBS)(GWG)

    - against -

FOODTOWN/PSK SUPERMARKETS, INC.,

                    Defendant.
------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for Local 338, RWDSU certify that Plaintiff is a local labor union that has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
       April 4, 2007

                              By: _____
                                  Elise S. Feldman (EF-5273)

                                  FRIEDMAN & WOLF
                                  1500 Broadway, Suite 2300
                                  New York, New York 10036
                                  (212) 354-4500

                                  Attorneys for Plaintiffs

Author: EF   Doc Number:76274