

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Formerly Grotta, Glassman & Hoffman, P.C.

75 Eisenhower Parkway
Roseland, NJ 07068
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Heather R. Boshak
Direct: 973.994.7508
hboshak@foxrothschild.com

June 19, 2007

**Via ECF and Telecopier**
Hon. Leonard B. Sand, U.S.D.J.
United States District Court for the
  Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Local 338, RWDSU v. Foodtown/PSK Supermarkets, Inc.
      **Case No.: 07-cv-2824**

Dear Judge Sand:

The firm represents PSK Supermarkets, Inc. (incorrectly plead as Foodtown/PSK Supermarkets, Inc.) in the above-referenced matter. This matter is scheduled for an Initial Pre-Trial Conference on June 21, 2007 at 9:45 a.m. before this Court. The parties are currently engaging in settlement discussions and are hopeful that an amicable resolution can be reached. Accordingly, we respectfully request that the Conference be adjourned for thirty (30) days to enable the parties to conclude the settlement discussions. Plaintiff's counsel has consented to this request.

The Court's consideration of this matter is appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP

*Heather R. Boshak*

Heather R. Boshak
HRB/aer
cc:   Elise S. Feldman, Esq. (Via ECF and Telecopier)