

**Fox Rothschild** LLP
ATTORNEYS AT LAW

Formerly Grotta, Glassman & Hoffman, P.C.

75 Eisenhower Parkway
Roseland, NJ 07068
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Heather R. Boshak
Direct: 973.994.7508
hboshak@foxrothschild.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-07

**MEMO ENDORSED**

June 19, 2007

**Via ECF and Telecopier**
Hon. Leonard B. Sand, U.S.D.J.
United States District Court for the
 Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: Local 338, RWDSU v. Foodtown/PSK Supermarkets, Inc.
    Case No.: 07-cv-2824

Dear Judge Sand:

The firm represents PSK Supermarkets, Inc. (incorrectly plead as Foodtown/PSK Supermarkets, Inc.) in the above-referenced matter. This matter is scheduled for an Initial Pre-Trial Conference on June 21, 2007 at 9:45 a.m. before this Court. The parties are currently engaging in settlement discussions and are hopeful that an amicable resolution can be reached. Accordingly, we respectfully request that the Conference be adjourned for thirty (30) days to enable the parties to conclude the settlement discussions. Plaintiff's counsel has consented to this request.

The Court's consideration of this matter is appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP

*Heather R. Boshak*
Heather R. Boshak

HRB/aer
cc: Elise S. Feldman, Esq. (Via ECF and Telecopier)

**MEMO ENDORSED**

Adjournment
granted to July 25, 2007
            at 10 AM

on consent,
So ordered
            /s/ Sand
6/20/07   USDJ

A Pennsylvania Limited Liability Partnership

RL1 583272v1
California   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania