UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL 338, RWDSU,

                     Plaintiff,       07-CV-2824
                                       (LBS) (GWG)
    - against -

FOODTOWN/PSK SUPERMARKETS, INC.,

                   Defendant.
-----------------------------------------------------------------X

PLAINTIFFS' AUTOMATIC DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)

(A)    The name and, if known, the address and telephone number of each individual likely to have discoverable information:

1.    <u>Name</u>: Jeffrey Laub, Area Director, Local 338, RWDSU/ UFCW ("the Union").

<u>Address and Telephone Number</u>:  1505 Kellum Place, Mineola, New York 11501, (516) 294-1338.

<u>Subject Matter</u>: The requirements of the collective bargaining agreements between Local 338, RWDSU/ UFCW and Foodtown/ PSK Supermarkets, Inc. ("PSK").


<u>Name</u>: Leo Lambert, Employee of PSK

<u>Address and Telephone Number</u>: 1693 Linden Street, Apartment 2R, Ridgewood, New York 11385, telephone number unknown.

<u>Subject Matter</u>: PSK's transfer of Leo Lambert from a union store to a non-union store.

   Name: Jaythen Navarro, Employee of PSK

   Address and Telephone Number: 90-19 88th Avenue, Apt. 45B, Rego Park, New York 11374, telephone number unknown.

   Subject Matter: PSK's transfer of Jaythen Navarro from a union store to a non-union store.

(B)   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

   1.   Collective bargaining agreements between Local 338, RWDSU/ UFCW and PSK;

   2.   Correspondence and other documents exchanged between PSK and the Union;

   3.   Arbitration award

(C)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

   Unable to determine at this time. Such computation requires submission of documents from PSK  Upon receipt of documents from PSK and computation by Union, damages determined will be reported to PSK.

(D)   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which maybe entered in the action or to indemnify or reimburse for payments made to

satisfy the judgment.

At this time, Plaintiffs assert that this requirement is not applicable to the instant case.

Date: October 26, 2007
New York, New York

                                          FRIEDMAN & WOLF

By: _____
Elise S. Feldman (EF-5273)

1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Attorneys for Plaintiffs