**MEMO ENDORSED**

**Fox Rothschild LLP**
ATTORNEYS AT LAW

75 Eisenhower Parkway
Roseland, NJ 07068
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Heather R. Boshak
Direct: (973) 994-7508

RECEIVED
NOV 0 5 2007
CHAMBERS
LEONARD B. SAND

Formerly Grotta, Glassman & Hoffman, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-07

November 5, 2007

VIA TELECOPIER
The Honorable Leonard B. Sand, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Local 338, RWDSU/UFCW v.
     PSK Supermarkets, Inc.
     Case No. 07-CV-2824 (LBS)

Dear Judge Sand:

This firm represents Defendant PSK Supermarkets, Inc. in the above referenced matter. This letter is submitted jointly by the parties to advise the Court that we have resolved the issue of the store location of Mr. Jaithin Navarro, which was scheduled for a hearing before Your Honor on Wednesday, November 7, 2007 at 11:00 a.m. Accordingly, in light of the resolution of this issue, we respectfully request that the hearing be cancelled.

The Court's attention to this matter is appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP
*Heather R. Boshak*
Heather R. Boshak

HRB:aj
cc:  Elise S. Feldman, Esq.

*Hearing cancelled*
*L.B. Sand USDJ*

**MEMO ENDORSED**