UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 338, RWDSU
                    Plaintiff

    -against-

FOODTOWN/PSK SUPERMARKETS,
INC.
                    Defendant

Order Declaring Case Eligible
or Ineligible for Mediation

07 Civ. 2824 (LBS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07
```

To the Clerk of Court:

1.  This case has been determined to be:

    X   A.  Not eligible for mediation because the case is:
            ___  i. Not a case in which money damages only have been sought.
            ___  ii. A social security case.
            ___  iii. A tax matter.
            ___  iv. A Pro Se case.
            ___  v. A prisoners' civil rights case.
            ___  vi. A White Plains case.

            *Case is settled. Notice of settlement due re next week. MBSmith*

        ___  B.  Not eligible for mediation as otherwise determined by the Court.

        ___  C.  Eligible for mediation subject to the limitations and restrictions noted below.

    If the case has been determined eligible for mediation:
        ___  i. All issues are eligible.
        ___  ii. Only a specific issue(s) is eligible (list issue(s)).

        RECEIVED
        MEDIATION PROGRAM

    The entire mediation process is confidential. The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties otherwise agree. The identity of the Mediator is not to be disclosed even to the Court. However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to so administer or evaluate the program and parties, counsel and Mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

(1 of 2)