**MEMO ENDORSED**

**Fox Rothschild LLP**
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1697
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Heather R. Boshak
Direct: (973) 994-7508


RECEIVED
DEC 0 7 2007
CHAM...
LEONAR...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07
```

December 6, 2007

VIA FEDEX
The Honorable Leonard B. Sand, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York   10007

    Re:    **Local 338, RWDSU/UFCW v.**
           **PSK Supermarkets, Inc.**
           **Case No. 07-CV-2824 (LBS)**

Dear Judge Sand:

This firm represents Defendant PSK Supermarkets, Inc. in the above referenced matter. As the Court may recall, the parties are in the process of trying to resolve this matter. By Order filed November 16, 2007, the Court directed that a Notice of Settlement was due the following week, which would have been November 23, 2007. By Memo Endorsement dated November 19, 2007, the Court extended the time for the parties to file the Notice of Settlement by twenty days, until December 13, 2007, to allow the Plaintiff to determine whether there were any remaining issues to be resolved. The Plaintiff has identified one remaining issue, which involves whether an employee received certain payments to which he claims he is entitled. PSK is currently investigating this issue and anticipates that this matter will be resolved by the end of next week. Accordingly, it is respectfully requested that the time within which the Notice of Settlement is required to be filed be extended one week, until December 20, 2007, to allow PSK to complete the investigation of this matter and for the parties to resolve any issue following the investigation. Counsel for the Plaintiff has consented to this request.

The Court's attention to this matter is appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP

*/s/ Heather R. Boshak*
Heather R. Boshak
HRB:aj
cc:    Elise S. Feldman, Esq. (Via Telecopier)

*Adjournment to 12/20/07s*
*[signature]*
*/s/ Sand*
*USDJ*
*12/10/07*

**MEMO ENDORSED**

A Pennsylvania Limited Liability Partnership

RL1 667013v1 12/06/07
California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania