December 18, 2007

<u>BY ECF AND OVERNIGHT MAIL</u>

The Honorable Leonard B. Sand, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

           Re:    Local 338, RWDSU/UFCW v.
                    Foodtown/PSK Supermarkets, Inc.,
                    <u>Case No. 07-CV-2824 (LBS)</u>

Dear Judge Sand:

        We represent the Trustees of Local 338, RWDSU/UFCW (the "Union"), plaintiffs in the above-referenced action. We write to inform you that the parties have settled this action. We therefore enclose two courtesy copies of the parties' Stipulation of Dismissal, which has been filed by ECF. Please "So Order" the Stipulation and cause it to be filed with the Court.

        Thank you for your consideration.

                                        Respectfully submitted,

                                        Elise S. Feldman

encl.

cc:    Heather Boshak, Esq. (by overnight mail) (w/ encl.)

Author: EF   Doc Number:79054