Heather R. Boshak (HRB/9736)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
Attorneys for Defendant PSK Supermarkets, Inc.
75 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973)992-4800
Facsimile: (973)992-9125
E-mail: hboshak@foxrothschild.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 338, RWDSU,<br><br>                       Plaintiff,<br>vs.<br><br>FOODTOWN/PSK SUPERMARKETS, INC.,<br><br>                       Defendant. | Civil Action No. 07-cv-2824 (LBS)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby stipulated and agreed, by and between the parties to this matter that the instant action, shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

For the Plaintiff

By: _____
Elise Feldman (ESF/5273)
FRIEDMAN & WOLF
Attorneys for Plaintiff
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Dated: 12/18, 2007

For the Defendant

By: _____
Heather R. Boshak (HRB/9736)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
Attorneys for Defendant
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973)992-4800

Dated: 12/18, 2007

IT IS SO ORDERED:

_____
Hon. Leonard B. Sand, U.S.D.J.

RL1 583720v1